IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RLI INSURANCE COMPANY                                                     PLAINTIFF

VS.                                  4:14-CV-00217-BRW

SAMCO CONSTRUCTION                                                      DEFENDANTS
COMPANY, INC., *et al.*

## JUDGMENT

Consistent with the Court's ruling from the bench at the close of the bench trial, Plaintiff RLI Insurance Company is awarded Judgment against Defendants Samco Construction Company, Inc., Carl D. Samuels, and Kathleen Samuels in the amount of $250,727.72.[1]

IT IS SO ORDERED this 5th day of January, 2016.


    /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 92 (Plaintiff's Proposed Findings of Facts filed on November 9, 2015) – the time for Defendants to object has passed and no objection has been filed.